IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| ARIS SANTIAGO | ) Case No. 17 B 00415 |
| | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on December 18, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

John Trepel, attorney for debtor
johntrepel@yahoo.com

Aris Santiago
3011 N. Kolmar
Chicago, IL 60641

Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Calvary SPV 1, LLC
500 Summit Lake Drive
Valhalla, NY 10595

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

Barry Kreisler
2846A Milwaukee Ave.
Chicago, IL 60618

Dreyfus Law Group
2040 N. Harlem
Elmwood Park, IL 60707

                                                /s/ Allan J. DeMars
                                                Trustee in Bankruptcy